FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JIMMY ELLIS CLARK,<br><br>            Plaintiff,<br><br>v.<br><br>TIM BLACKMAN,<br><br>            Defendant. | No.  2:19-cv-00166-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 12, 2020, *pro se* Plaintiff Jimmy Ellis Clark filed a Moti[on] to Dismiss Without Prejudice, ECF No. 16. Defendant Tim Blackman has not been served in this matter. Consistent with Plaintiff's motion and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

    **1.**    Plaintiff's Mot[ion] to Dismiss Without Prejudice, **ECF No. 16**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    Any pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to *pro se* Plaintiff.

**DATED** this 13th day of May 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2